218 So.2d 899

**STATE ex rel. Patrick MULLEN**

v.

**C. Murray HENDERSON, Warden Louisiana State Penitentiary, Angola, Louisiana, et al.**

**No. 49681.**

Feb. 20, 1969.

In re: Patrick Mullen applying for writ of habeas corpus or in the alternative for writ of mandamus.

Application denied. On the showing made and under the Court's response, the exercise of our supervisory jurisdiction is not warranted.

218 So.2d 899

**STATE of Louisiana**

v.

**Jake M. LaCAZE.**

**No. 49684.**

Feb. 20, 1969.

In re: Jake M. LaCaze applying for remedial writs and appointment of counsel.

Writs denied. Since the conviction and sentence complained of herein are now executory, relator must exhaust first his remedies in the trial court. As yet, this has not been done.